THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0176-JCC |
| Plaintiff, | ORDER |
| v. | |
| ANDRES GUTIERREZ-TRUJILLO, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to reopen detention hearing (Dkt. No. 17). The Court GRANTS the motion for the reasons explained herein.

Defendant is awaiting trial on one count of illegal reentry after deportation. (Dkt. No. 9.) On July 23, 2018, the Honorable Karen L. Strombom, United States Magistrate Judge, ordered Defendant detained without prejudice based upon Defendant's stipulation to the Government's reasons for detention. (Dkt. Nos. 13, 14.) Defendant so stipulated with the understanding that his detention hearing could be reopened once defense counsel had gathered information regarding Defendant's ties to the community, and he could be interviewed by pretrial services. (Dkt. No. 17 at 3.) Defense counsel now has this information. (*Id.*)

"The hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the

1 movant at the time of the hearing" that is "material" to the Court's decision. 18 U.S.C. § 3142(f).
2 Finding good cause, the Court GRANTS Defendant's motion (Dkt. No. 17). The Clerk is
3 DIRECTED to REFER this matter to an available Magistrate Judge for a detention hearing.

DATED this 13th day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0176-JCC
PAGE - 2