THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0176-JCC |
| Plaintiff, | ORDER |
| v. | |
| ANDRES GUTIERREZ-TRUJILLO, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion to dismiss the Information in this matter (Dkt. No. 19). The motion is GRANTED. The Information (Dkt. No. 9) is dismissed without prejudice. Defendant is ORDERED released from the custody of the U.S. Attorney General. This ruling moots Defendant's motion to reopen his detention hearing (Dkt. No. 17). The Clerk is DIRECTED to close the case.

DATED this 14th day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE